UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISON

CYNTHIA CRAWFORD and E.H.,

   Plaintiffs,

   v.

CIVIL AIR PATROL, INC.,

   Defendant.

CASE NO.: 3:25-cv-737-WWB-MCR

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action is related to the following criminal case previously filed in State court:

**Case No.**: 2022-MM-001302
**Style:** State of Florida v. Joshua Karsten Welch
**Court:** County Court, Clay County, Florida

I further certify that the instant action is not related to any other pending or closed civil case(s) previously filed in this Court, or any other Federal or State court.

Date: July 15, 2025

Respectfully Submitted,

*/s/ Lisa D. Haba*
Lisa D. Haba (FBN: 077535)
The Haba Law Firm, P.A.
1220 Commerce Park Dr., Ste. 207
Longwood, FL 32779
(844) 422-2529
lisahaba@habalaw.com

*Attorney for Plaintiff*