# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION
### CASE NO.: 3:25-cv-737-WWB-MVCR

CYNTHIA CRAWFORD and ELIZABETH
HOLLON,

     Plaintiffs,

      v.

CIVIL AIR PATROL, INC. and JOSHUA
KARSTEN WELCH,

     Defendants.

_____/

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Lisa D. Haba, Plaintiff's counsel, and pursuant to Local Rule 2.01(b)(2)(B), hereby notify the Court and all parties of my new mailing address, effective immediately.

My previous mailing address was:
The Haba Law Firm, P.A.
1220 Commerce Park Drive, Suite 207
Longwood, FL 32779

My new mailing address is:
The Haba Law Firm, P.A.
3112 W. Lake Mary Blvd.
Lake Mary, FL 32746

I certify that all future pleadings, correspondence, and orders should be sent to my new address.

My email address and phone number remain the same.

DATED: April 29, 2026

Respectfully submitted,

*/s/ Lisa D. Haba*
Lisa D. Haba (FBN: 077535)
**THE HABA LAW FIRM, P.A.**
3112 W. Lake Mary Blvd.
Lake Mary, FL 32746
(844) 422-2529
lisahaba@habalaw.com

*Attorney to Plaintiff*